

**NUMBER 13-14-00016-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

SANDRA LEA FLINN,                                                                Appellant,

v.

SARA ANN GUARDIOLA,                                                          Appellee.

---

**On appeal from the County Court at Law No. 3
of Cameron County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

Appellant, Sandra Lea Flinn, perfected an appeal from a judgment entered by the County Court at Law No. 3 of Cameron County, Texas, in cause number 2013-CCL-0355. The parties have filed a joint motion to dismiss the appeal on grounds that all parties to the underlying suit have reached a settlement agreement resolving all claims. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
3rd day of April, 2014.

2